IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.    CASE NO. 4:12cr65-RH/CAS

JERRY KEITH SHIVER,

    Defendant.

_____/

# SECOND ORDER DENYING A SENTENCE REDUCTION UNDER AMENDMENT 782

The defendant Jerry Keith Shiver has filed a motion, ECF No. 159, to reduce his sentence based on United States Sentencing Guidelines Amendment 794. This is Mr. Shiver's second motion under Amendment 794. The order of August 30, 2016, denied the first motion and explained the ruling. The analysis remains fully applicable. For the reasons set out in the August 30 order,

IT IS ORDERED:

Mr. Shiver's second Amendment 794 motion, No. 159, is denied.

SO ORDERED on February 8, 2017.

                              s/Robert L. Hinkle
                              United States District Judge